IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEAN BASTILLA; DAVE HEINE; and MATTHEW STEINKAMP, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 06-CV-0150-MJR<br>) |
| THE VILLAGE OF CAHOKIA, ILLINOIS; THE CAHOKIA BOARD OF FIRE AND POLICE COMMISSIONERS; DEAN SAMPLE; JEROME CALLAHAN; REV. WOOD; and HAROLD R. WATSON, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

**REAGAN, District Judge:**

The Court rules on various pending motions as follows:

Doc. 91   Motion to Strike Affirmative Defenses is **DENIED** as moot since plaintiffs have filed a subsequent complaint at Doc. 111.

Doc 119   Motion to Strike Answer to Amended Complaint is **DENIED**. Plaintiffs are correct that the answer should have been filed within 10 days (14 days as of changes to Rule 15 effective December 1, 2009) of the filing of the second amended complaint, but plaintiffs are incorrect in the manner in which they count the 10 days. Weekends and holidays are excluded in the count. The suspect time frame included four weekend days and Veteran's Day, making the answer due the day it was filed: November 20.

Doc. 149   Motion for Leave to File Affirmative Defenses is **GRANTED**. In ruling, the court takes no position on the merits of the claimed affirmative defenses or their viability under Rule 8.

**DATED January 6, 2010.**

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge